**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-80054-CV-MIDDLEBROOKS

IRVING BROWN,

    Petitioner,

vs.

MARK J. INCH, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation ("Report"), issued on May 10, 2021 (DE 23). The Report recommends denying Petitioner Irving Brown's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. §2254. *Id.* Petitioner timely filed objections to the Report on May 25, 2021. (DE 24).

I have conducted a de novo review of Judge Reinhart's Report, the record in this case, and I have considered the applicable law. I have also considered Petitioner's objections, and I find that they lack merit. Further, I find that Petitioner cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 23) is **ADOPTED**.

(2) Petitioner's Objections (DE 24) are **OVERRULED.**

(3) Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 9) is **DENIED.**

(4) Petitioner's Motion for Evidentiary Hearing (DE 22) is **DENIED.**

(5) No certificate of appealability shall issue.

(6) Final Judgment shall be entered by separate Order.

**SIGNED** in Chambers at West Palm Beach, Florida, this 27th day of July, 2021.

Donald M. Middlebrooks
United States District Judge

cc:

U.S. Magistrate Judge Bruce E. Reinhart

Irving V. Brown
W53730
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034
PRO SE

Georgina Jimenez-Orosa
Attorney General Office
1515 N Flagler Drive
Suite 900
West Palm Beach, FL 33401-3432
Email: CrimAppWPB@MyFloridaLegal.com